# Third District Court of Appeal

## State of Florida

Opinion filed January 4, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2327
Lower Tribunal No. 20-224-A-K
_____

**Robert Williams,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the County Court for Monroe County, Peary S. Fowler, Judge.

Halford G. Schuhmacher, P.A., and Hal Schuhmacher, for appellant.

Ashley Moody, Attorney General, and Katryna Santa Cruz, Assistant Attorney General, for appellee.

Before LOGUE, HENDON, and BOKOR, JJ.

PER CURIAM.

Affirmed.